**BURSOR & FISHER, P.A.**
L. Timothy Fisher (SBN 191626)
Daniel S. Guerra (SBN 267559)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
       dguerra@bursor.com

Reuben D. Nathan, Esq. (SBN 208436)
**NATHAN & ASSOCIATES, APC**
2901 W. Coast Hwy., Suite 200
Newport Beach, CA 92663
Office: (949) 270-2798
Email: rnathan@nathanlawpractice.com

Ross Cornell, Esq. (SBN 210413)
**LAW OFFICES OF ROSS CORNELL, APC**
40729 Village Dr., Suite 8 – 1989
Big Bear Lake, CA 92315
Office: (562) 612-1708
Email: rc@rosscornelllaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ABDULLAH, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALIEXPRESS E-COMMERCE ONE PTE., LTD.,<br><br>Defendant. | Case No. 3:25-cv-05206-CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF THIRD AMENDED COMPLAINT AND BRIEFING SCHEDULE AND HEARING ON DEFENDANT'S MOTION TO DISMISS**<br><br>Judge: Hon. Charles R. Breyer |

1    Pursuant to N.D. Cal. L.Rs. 6-2 and 7-12, Plaintiff Joseph Abdullah ("Plaintiff"), and
2    Defendant AliExpress E-Commerce One PTE., LTD. ("Defendant") (together, the "Parties")
3    respectfully submit this Joint Stipulation and [Proposed Order] and state as follows. This
4    Stipulation is accompanied by the declaration required under Civ. L.R. 6-2.
5    WHEREAS, on June 26, 2025 Plaintiff filed this action against Defendant (ECF No. 1);
6    WHEREAS, on July 18, 2025 Plaintiff filed his First Amended Complaint (ECF No. 13);
7    WHEREAS, on July 22, 2025 the Parties stipulated that Defendant's deadline to respond to
8    the Amended Complaint would be extended from August 1, 2025 to September 5, 2025 (ECF No.
9    14);
10   WHEREAS, on September 3, 2025 the Parties filed a Joint Stipulation and [Proposed]
11   Order (Dkt. 18), stipulating that Plaintiff would file a Second Amended Complaint to name the
12   correct AliExpress entity, and that AliExpress would return a waiver of service pursuant to Fed. R.
13   Civ. P. 4(d), making its response date December 8, 2025. The stipulation also provided that the
14   initial case management conference ("CMC"), originally scheduled for October 3, 2025, would be
15   postponed to January 30, 2026.
16   WHEREAS, on September 4, 2025, the Court granted the Parties' Stipulation (Dkt. 19);
17   WHEREAS, on September 5, 2025, Plaintiff filed his Second Amended Complaint to name
18   the correct Defendant (ECF No. 20);
19   WHEREAS, on December 8, 2025, Defendant filed its Motion to Dismiss Plaintiff's
20   Second Amended Complaint, and the hearing was set for February 13, 2026, with responses due by
21   December 22, 2025 and replies due by December 29, 2025 (ECF No. 31);
22   WHEREAS, the Court granted the Parties' Stipulation (ECF No. 33) extending Plaintiff's
23   deadline to file an Opposition to the Motion to Dismiss to January 9, 2026 and Defendant's
24   deadline to file a Reply to January 30, 2026 (ECF No. 35);
25   WHEREAS, the parties met and conferred and further agreed on December 23, 2025 that
26   Plaintiff may file his Third Amended Complaint on January 9, 2026 in lieu of responding to the
27   Motion to Dismiss and that the hearing currently set for February 13, 2026 on Defendant's Motion
28   to Dismiss the Second Amended Complaint will accordingly be vacated;

WHEREAS, the Third Amended Complaint will not add any parties or claims but will instead omit two of the three claims pleaded in the Second Amended Complaint and add facts intended to support the third claim, thereby narrowing the case;

WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(3), Defendant's response to the Third Amended Complaint would be due within fourteen days;

WHEREAS, the parties further agreed during their meet and confer that: (a) Defendant's deadline to respond to the Third Amended Complaint should be extended by seven days, to and including Friday, January 30, 2026, to afford Defendant time to investigate and respond to any new factual allegations; (b) Plaintiff's deadline to respond to any motion to dismiss the Third Amended Complaint should be extended by seven days, to and including Friday, February 20, 2026; (c) Defendant's deadline to file any reply should be extended by seven days, to and including Friday, March 6, 2026; and (d) the hearing on the motion should be held on Friday, March 20, 2026 or such other date thereafter as may be convenient to the Court.

**NOW THEREFORE, IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, that, pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff may file a Third Amended Complaint as described above on or before January 9, 2026;

**IT IS FURTHER STIPULATED** by and between the parties, through their respective counsel, subject to the approval of the Court, that:

    **1.**    Defendant's deadline to respond to the Third Amended Complaint will be extended to and including January 30, 2026;

    **2.**    Plaintiff's deadline to file any opposition to a motion to dismiss the Third Amended Complaint will be extended to and including February 20, 2026;

    **3.**    Defendant's deadline to file a reply in support of its motion to dismiss will be extended to and including March 6, 2026;

    **4.**    The hearing on the motion to dismiss will be held on Friday, March 20, 2026; and

    **5.**    The hearing on Defendant's Motion to Dismiss the Second Amended Complaint, currently set for February 13, 2026, is vacated.

| | | |
|---|---|---|
| 1 | Dated: January 8, 2026 | **BURSOR & FISHER, P.A.** |
| 2 | | By:   */s/ Daniel S. Guerra* |
| 3 | |           Daniel S. Guerra |

Dated: January 8, 2026        **BURSOR & FISHER, P.A.**

By:   */s/ Daniel S. Guerra*
      Daniel S. Guerra

L. Timothy Fisher (SBN 191626)
Daniel S. Guerra (SBN 267559)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
       dguerra@bursor.com

Reuben D. Nathan, Esq. (SBN 208436)
**NATHAN & ASSOCIATES, APC**
2901 W. Coast Hwy., Suite 200
Newport Beach, CA 92663
Office: (949) 270-2798
Email: rnathan@nathanlawpractice.com

Ross Cornell, Esq. (SBN 210413)
**LAW OFFICES OF ROSS CORNELL, APC**
40729 Village Dr., Suite 8 – 1989
Big Bear Lake, CA 92315
Office: (562) 612-1708
Email: rc@rosscornelllaw.com

*Attorneys for Plaintiff*

Dated:  January 8, 2026        **CLEARY GOTTLIEB STEEN & HAMILTON LLP**

By:   */s/ Angela L. Dunning*

Angela L. Dunning (SBN 212047)
1841 Page Mill Rd Suite 250
Palo Alto, CA 94304
Tel: (650) 815-4100
Email: adunning@cgsh.com

*Attorney for Defendant AliExpress E-Commerce One PTE., LTD.*

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), the filer of this document attests that all signatories have concurred in its filing.

By:   */s/ Daniel S. Guerra*

**[PROPOSED] ORDER**

Upon review of the foregoing stipulation of the parties, and finding good cause for the same, the Court hereby orders that:

1. Defendant shall respond to Plaintiff's Third Amended Complaint on or before January 30, 2026;

2. Plaintiff's deadline to file an opposition to a motion to dismiss the Third Amended Complaint is extended to and including February 20, 2026;

3. Defendant's deadline to file a reply in support of its motion to dismiss is extended to and including March 6, 2026;

4. The hearing on the motion to dismiss the Third Amended Complaint will be held on Friday, March 20, 2026 at 10:00 a.m.;

5. The hearing on Defendant's Motion to Dismiss the Second Amended Complaint, currently set for February 13, 2026, is vacated.

**IT IS SO ORDERED.**

Dated: January 9, 2026

HONORABLE CHARLES R. BREYER
United States District Judge