**BURSOR & FISHER, P.A.**
L. Timothy Fisher (SBN 191626)
Daniel S. Guerra (SBN 267559)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
dguerra@bursor.com

Reuben D. Nathan, Esq. (SBN 208436)
**NATHAN & ASSOCIATES, APC**
2901 W. Coast Hwy., Suite 200
Newport Beach, CA 92663
Office: (949) 270-2798
Email: rnathan@nathanlawpractice.com

Ross Cornell, Esq. (SBN 210413)
**LAW OFFICES OF ROSS CORNELL, APC**
40729 Village Dr., Suite 8 – 1989
Big Bear Lake, CA 92315
Office: (562) 612-1708
Email: rc@rosscornelllaw.com

*Attorneys for Plaintiff*

*[Additional counsel on signature page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH ABDULLAH, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALIEXPRESS E-COMMERCE ONE PTE., LTD.,<br><br>Defendant. | Case No. 3:25-cv-05206-CRB<br><br>**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE**<br><br>Judge: Hon. Charles R. Breyer |

Plaintiff Joseph Abdullah ("Plaintiff") and Defendant AliExpress E-Commerce One PTE., LTD. ("Defendant") (together, the "Parties"), respectfully submit this Joint Notice to inform the Court that on April 7, 2026, the Parties reached a settlement in principle. The Parties anticipate finalizing and executing a settlement agreement within the next two weeks, after which they will promptly file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41.

In light of the foregoing, the Parties jointly request that the Court hold Defendant's pending Motion to Dismiss (ECF No. 39) in abeyance pending the filing of the anticipated stipulated dismissal or notice that the settlement in principle will not be finalized.

Dated: April 8, 2026

**BURSOR & FISHER, P.A.**

By: *<u>/s/ Daniel S. Guerra</u>*
Daniel S. Guerra

L. Timothy Fisher (SBN 191626)
Daniel S. Guerra (SBN 267559)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
dguerra@bursor.com

Reuben D. Nathan, Esq. (SBN 208436)
**NATHAN & ASSOCIATES, APC**
2901 W. Coast Hwy., Suite 200
Newport Beach, CA 92663
Office: (949) 270-2798
Email: rnathan@nathanlawpractice.com

Ross Cornell, Esq. (SBN 210413)
**LAW OFFICES OF ROSS CORNELL, APC**
40729 Village Dr., Suite 8 – 1989
Big Bear Lake, CA 92315
Office: (562) 612-1708
Email: rc@rosscornelllaw.com

*Attorneys for Plaintiff*

Dated: April 8, 2026

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

By: *__/s/ Angela L. Dunning__*
Angela L. Dunning

Angela L. Dunning (212047)
1841 Page Mill Rd Suite 250
Palo Alto, CA 94304
Tel: (650) 815-4100
Email: adunning@cgsh.com

Nowell D. Bamberger (*admitted pro hac vice*)
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Tel: (202) 974-1500
Email: nbamberger@cgsh.com

*Counsel for Defendant AliExpress E-Commerce One Pte., Ltd.*

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), the filer of this document attests that all signatories have concurred in its filing.

*/s/ Daniel S. Guerra*
Daniel S. Guerra